# Exhibit A

| Loan Amount | Value Attested in Loan Application | Signatory on Settlement Statement for Purchaser | Signatory on Settlement Statement for Seller | Date of Loan Application | Purchaser | Seller | Property Address | Purchase Price | Title Agent | Appraiser | Appraisal Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 4/19/2024 | Kesef Ventures LLC | SLDL Properties LLC | 3413 Lyndale Avenue, Baltimore, MD 21213 | $215,000 | Rextar Title Services, LLC | Jason Taylor | $215,000 |
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 1124 N Monroe St., Baltimore, MD 21223 | $215,000 | Rextar Title Services, LLC | Jason Taylor | $215,000 |
| $174,400 | $218,000 | Eluzer Gold | Shraga Lerner | 4/19/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 716 N Port St, Baltimore, MD 21205 | $218,000 | Rextar Title Services, LLC | Jason Taylor | $218,000 |
| $174,400 | $218,000 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 2325 Edmondson Ave, Baltimore, MD 21223 | $218,000 | Rextar Title Services, LLC | Jason Taylor | $218,000 |
| $180,000 | $225,000 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 1761 Darley Ave, Baltimore, MD 21213 | $225,000 | Rextar Title Services, LLC | Jason Taylor | $225,000 |
| $174,000 | $217,500 | Eluzer Gold | Shraga Lerner | 4/19/2024 | Kesef Ventures LLC | 1258 Glyndon LLC | 1602 Darley Avenue, Baltimore, MD 21213 | $217,500 | Rextar Title Services, LLC | Jason Taylor | $218,000 |
| $168,000 | $220,000 | Eluzer Gold | Shraga Lerner | 4/26/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 2425 McCulloh Street, Baltimore, MD 21217 | $210,000 | Rextar Title Services, LLC | Jason Taylor | $210,000 |
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 2806 Ellicott Drive, Baltimore, MD 21216 | $215,000 | Rextar Title Services, LLC | Jason Taylor | $215,000 |
| $174,000 | $217,500 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 2667 Frederick Avenue, Baltimore, MD 21223 | $217,500 | Rextar Title Services, LLC | Jason Taylor | $218,000 |
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 1711 Darley Ave, Baltimore, MD 21213 | $215,000 | Rextar Title Services, LLC | Jason Taylor | $215,000 |
| $165,000 | $207,000 | Eluzer Gold | Shraga Lerner | 4/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 1637 Normal Ave. Baltimore, MD 21213 | $207,000 | Rextar Title Services, LLC | Jason Taylor | $210,000 |
| $131,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | EGBE Ventures LLC | Maple & Green LLC | 1621 Appleton St, Baltimore, MD 21217 | $175,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 5/21/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 2540 Oswego Ave, Baltimore, MD 21215 | $215,000 (original purchase price stated: $229,000) | Rextar Title Services, LLC | Jason Taylor | $215,000 |
| $180,000 | $225,000 | Eluzer Gold | Shraga Lerner | 5/22/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 511 N Belnord Ave, Baltimore, MD 21205 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $225,000 |
| $153,750 | $205,000 | Eluzer Gold | Shraga Lerner | 5/29/2024 | Kesef Ventures LLC | Cardinal MGMT LLC | 606 Ashburton St, Baltimore, MD 21216 | $205,000 (original purchase price stated: $215,000) | Rextar Title Services, LLC | Christopher Actie | $205,000 |
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 5/23/2024 | Kesef Ventures LLC | Cardinal MGMT LLC | 2726 Wilkens Ave, Baltimore, MD 21223 | $215,000 | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $172,000 | $215,000 | Eluzer Gold | Shraga Lerner | 5/23/2024 | Kesef Ventures LLC | Sunray MGMT LLC | 1706 Normal Ave., Baltimore, MD 21213 | $215,000 | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $180,000 | $225,000 | Eluzer Gold | Shraga Lerner | 5/30/2024 | Kesef Ventures LLC | Cardinal MGMT LLC | 2836 Harlem Ave, Baltimore, MD 21216 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $225,000 |
| $168,000 | $218,000 | Eluzer Gold | Shraga Lerner | 5/21/2024 | Kesef Ventures LLC | Cardinal MGMT LLC | 2429 E Federal St., Baltimore, MD 21213 | $210,000 | Rextar Title Services, LLC | Jason Taylor | $218,000 |
| $131,250 | $185,000 | Eluzer Gold | Benjamin Eidlisz | 9/30/2024 | EGBE Ventures LLC | Stanford Powell LLC | 1612 Appleton St, Baltimore, MD 21217 | $175,000 | Rextar Title Services, LLC | Christopher Actie | $185,000 |
| $131,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | EGBE Ventures LLC | Maple & Green LLC | 1621 Appleton St, Baltimore, MD 21217 | $175,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $131,250 | $194,000 | Eluzer Gold | Benjamin Eidlisz | 9/31/2024 | Zahav Ventures LLC | Maple & Green LLC | 211 S Woodyear St, Baltimore, MD 21223 | $175,000 | Rextar Title Services, LLC | Christopher Actie | $194,000 |
| $131,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | Zahav Ventures LLC | Maple & Green LLC | 336 S Calhoun St, Baltimore MD 21223 | $175,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $135,000 | $185,000 | Eluzer Gold | Benjamin Eidlisz | 7/15/2024 | Zahav Ventures LLC | Kenyon Winchester LLC | 1910 N Pulaski St, Baltimore MD 21217 | $180,000 | Rextar Title Services, LLC | Jason Taylor | $185,000 |
| $135,000 | $185,000 | Eluzer Gold | Benjamin Eidlisz | 7/23/2024 | Zahav Ventures LLC | Glover Collins LLC | 1933 Clifton Ave, Baltimore, MD 21217 | $180,000 | Rextar Title Services, LLC | Jason Taylor | $185,000 |
| $135,000 | $180,000 | Eluzer Gold | Benjamin Eidlisz | 7/23/2024 | Zahav Ventures LLC | Maple & Green LLC | 2581 Edmondson Ave, Baltimore, MD 21223 | $180,000 | Rextar Title Services, LLC | Jason Taylor | $180,000 |
| $138,750 | $185,000 | Eluzer Gold | Benjamin Eidlisz | 7/15/2024 | Zahav Ventures LLC | Stanford Powell LLC | 2026 Clifton Ave Baltimore MD 21217 | $185,000 | Rextar Title Services, LLC | Jason Taylor | $185,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $142,500 | $205,000 | Eluzer Gold | Benjamin Eidlisz | 7/15/2024 | EGBE Ventures LLC | Stanford Powell LLC | 1626 Poplar Grove St. Baltimore MD 21216 | $190,000 | Rextar Title Services, LLC | Jason Taylor | $205,000 |
| $142,500 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/8/2024 | Levy Ventures LLC | Maple & Green LLC | 1507 Hazel St. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $142,500 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 7/10/2024 | Levy Ventures LLC | Popland Street Properties LLC | 1510 Popland St. Curtis Bay MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $180,000 | $225,000 | Eluzer Gold | Shraga Lerner | 7/23/2024 | Levy Ventures LLC | 1520 Popland Street LLC | 1520 Popland St. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $142,500 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 8/22/2024 | Levy Ventures LLC | Grace Popland LLC | 1530 Popland St. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $142,500 | $190,000 | Eluzer Gold | Benjamin Eidlisz | 8/23/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 4100 Curtis Ave. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie/Dylan Megarity | $190,000 |
| $142,500 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/10/2024 | Gelt Ventures LLC | Grace Popland LLC | 4101 Grace Ct. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $142,500 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/5/2024 | Gelt Ventures LLC | Popland Street Properties LLC | 4203 Grace Ct. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $142,500 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/22/2024 | Gelt Ventures LLC | Popland Street Properties LLC | 1608 Popland St. Baltimore MD 21226 | $190,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $146,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | EGBE Ventures LLC | Glover Collins LLC | 1531 N Bentalou St Baltimore MD 21216 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $200,000 |
| $146,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 7/15/2024 | EGBE Ventures LLC | Maple & Green LLC | 2734 Winchester St Baltimore MD 21216 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $200,000 |
| $138,750 | $185,000 | Eluzer Gold | Benjamin Eidlisz | 10/2/2024 | EGBE Ventures LLC | Maple & Green LLC | 2810 Presbury St. Baltimore MD 21216 | $185,000 (original purchase price stated: $195,000) | Rextar Title Services, LLC | Christopher Actie | $185,000 |
| $146,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 7/15/2024 | EGBE Ventures LLC | Maple & Green LLC | 2834 W. North Ave Baltimore MD 21216 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $138,750 | $185,000 | Eluzer Gold | Benjamin Eidlisz | 8/8/2024 | EGBE Ventures LLC | Kenyon Winchester LLC | 3120 Brighton St. Baltimore MD 21216 | $185,000 (original purchase price stated: $195,000) | Rextar Title Services, LLC | Christopher Actie | $185,000 |
| $146,250 | $210,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | EGBE Ventures LLC | Maple & Green LLC | 1202 Clendenin St. Baltimore MD 21217 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $210,000 |
| $146,250 | $205,000 | Eluzer Gold | Benjamin Eidlisz | 8/8/2024 | Zahav Plus Ventures LLC | Maple & Green LLC | 1209 N. Potomac St. Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $205,000 |
| $146,250 | $220,000 | Eluzer Gold | Benjamin Eidlisz | 9/16/2024 | Zahav Plus Ventures LLC | Maple & Green LLC | 1301 E. Lafayette Ave. Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Christopher Actie | $220,000 |
| $146,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/9/2024 | Zahav Plus Ventures LLC | Kenyon Winchester LLC | 1739 N. Dallas St Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $146,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 9/6/2024 | Zahav Plus Ventures LLC | Maple & Green LLC | 3168 Ravenwood Ave Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $146,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 9/9/2024 | Zahav Plus Ventures LLC | Maple & Green LLC | 3172 Ravenwood Ave Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Christopher Actie | $195,000 |
| $146,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 9/5/2024 | Zahav Plus Ventures LLC | Kenyon Winchester LLC | 3334 Elmora Ave Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $146,250 | $195,000 | Eluzer Gold | Benjamin Eidlisz | 9/5/2024 | Zahav Plus Ventures LLC | Kenyon Winchester LLC | 3668 Kenyon Ave Baltimore MD 21213 | $195,000 | Rextar Title Services, LLC | Jason Taylor | $195,000 |
| $142,500 | $190,000 | Eluzer Gold | Benjamin Eidlisz | 8/9/2024 | EGBE Ventures LLC | Maple & Green LLC | 2929 Baker St Baltimore MD 21216 | $190,000 (original purchase price stated: $195,000) | Rextar Title Services, LLC | Christopher Actie | $190,000 |
| $146,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/5/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 3615 Everett St. Baltimore MD | $195,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $157,500 | $210,000 | Eluzer Gold | Benjamin Eidlisz | 9/5/2024 | Gelt Ventures LLC | Popland Street Properties LLC | 3715 Pascal Ave Baltimore MD 21226 | $210,000 (original purchase price stated: $195,000) | Rextar Title Services, LLC | Christopher Actie | $210,000 |
| $149,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/28/2024 | Zahav Ventures LLC | Cancun Bernal, LLC | 2414 Jefferson St. Baltimore MD 21205 | $199,000 | Rextar Title Services, LLC | Jason Taylor | $200,000 |
| $149,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/22/2024 | Zahav Ventures LLC | Maple & Green LLC | 519 N. Curley St. Baltimore MD 21205 | $199,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $149,250 | $220,000 | Eluzer Gold | Benjamin Eidlisz | 8/14/2024 | Zahav Ventures LLC | Kenyon Winchester LLC | 606 South Bouldin Street, Baltimore, MD 21205 | $199,000 | Rextar Title Services, LLC | Christopher Actie | $220,000 |
| $149,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/26/2024 | Zahav Ventures LLC | Maple & Green LLC | 610 N. Montford Ave Baltimore MD 21205 | $199,000 | Rextar Title Services, LLC | Jason Taylor | $200,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $149,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 10/02/2024 | Zahav Ventures LLC | Maple & Green LLC | 624 N. Streeper St. Baltimore MD 21205 | $199,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $149,250 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/16/2024 | Zahav Ventures LLC | Maple & Green LLC | 811 N. Streeper St. Baltimore MD 21205 | $199,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $153,750 | $205,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | Gelt Ventures LLC | Maple & Green LLC | 1900 Dukeland St. Baltimore MD, 21216 | $205,000 | Rextar Title Services, LLC | Jason Taylor | $205,000 |
| $153,750 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 7/18/2024 | EGBE Ventures LLC | Cancun Bernal, LLC | 1334 N. Mount St. Baltimore MD, 21217 | $205,000 | Rextar Title Services, LLC | Jason Taylor | $215,000 |
| $160,000 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/24/2024 | Zahav Plus Ventures LLC | Maple & Green LLC | 1102 Gorsuch Ave Baltimore MD 21218 | $200,000 (original purchase price stated: $205,000) | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $153,750 | $205,000 | Eluzer Gold | Benjamin Eidlisz | 9/13/2024 | Zahav Plus Ventures LLC | Dukeland Rose LLC | 407 Venable Ave Baltimore MD 21218 | $205,000 | Rextar Title Services, LLC | Christopher Actie | $205,000 |
| $142,500 | $190,000 | Eluzer Gold | Benjamin Eidlisz | 8/14/2024 | Gelt Ventures LLC | 1613 SPRUCE LLC | 1613 Spruce St. Curtis BayMD, 21226 | $ 190,000 (original purchase price stated: $205,000) | Rextar Title Services, LLC | Christopher Actie | $190,000 |
| $161,250 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 8/28/2024 | Zahav Ventures LLC | Glover Collins LLC | 513 Collins Ave Baltimore, MD 21229 | $215,000 | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $147,000 | $196,000 | Eluzer Gold | Benjamin Eidlisz | 8/14/2024 | Gelt Ventures LLC | Popland Street Properties LLC | 1613 Popland St. Curtis Bay MD, 21226 | $196,000 (original purchase price stated: $220,000) | Rextar Title Services, LLC | Christopher Actie | $196,000 |
| $142,000 | $190,000 | Eluzer Gold | Benjamin Eidlisz | 8/28/2024 | Gelt Ventures LLC | Popland Street Properties LLC | 1616 Popland St. Curtis Bay MD, 21226 | $190,000 (original purchase price stated: $220,000) | Rextar Title Services, LLC | Christopher Actie | $190,000 |
| $161,250 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 8/28/2024 | Gelt Ventures LLC | Popland Street Properties LLC | 1630 Plum St. Curtis Bay MD, 21226 | $215,000 (original purchase price stated: $220,000) | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $161,250 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 9/9/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 3619 Everett St. Baltimore MD, 21226 | $215,000 (original purchase price stated: $220,000) | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $168,750 | $225,000 | Eluzer Gold | Benjamin Eidlisz | 9/24/2024 | Zahav Plus Ventures LLC | Orleans Street LLC | 200 N. Streeper St. Baltimore MD, 21224 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $225,000 |
| $168,750 | $225,000 | Eluzer Gold | Benjamin Eidlisz | 9/9/2024 | Zahav Plus Ventures LLC | Fayette Noble LLC | 2337 E. Fayette St. Baltimore MD 21224 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $225,000 |
| $168,750 | $250,000 | Eluzer Gold | Benjamin Eidlisz | 9/26/2024 | Zahav Plus Ventures LLC | Maple & Green LLC | 246 N Rose St, Baltimore, MD 21224 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $225,000 |
| $150,000 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/18/2024 | Zahav Plus Ventures LLC | Stanford Powell LLC | 2519 Orleans St, Baltimore, MD 21224 | $200,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $150,000 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/9/2024 | Zahav Plus Ventures LLC | Orleans Street LLC | 2606 Orleans St Baltimore, MD 21224 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $150,000 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 9/5/2024 | Levy Ventures LLC | Orleans Street LLC | 2803 Jefferson St, Baltimore MD 21205 | $200,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $157,500 | $210,000 | Eluzer Gold | Benjamin Eidlisz | 9/16/2024 | Levy Ventures LLC | Orleans Street LLC | 2900 Orleans St, Baltimore MD 21224 | $210,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $210,000 |
| $161,250 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 9/16/2024 | Levy Ventures LLC | Cancun Bernal LLC | 2907 Orleans St, Baltimore, MD 21224 | $215,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $161,250 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 9/24/2024 | Levy Ventures LLC | Orleans Street LLC | 2909 Orleans St., Baltimore, MD 21224 | $215,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $168,750 | $225,000 | Eluzer Gold | Benjamin Eidlisz | 9/13/2024 | Levy Ventures LLC | Dukeland Rose LLC | 3406 Noble St, Baltimore, MD 21224 | $225,000 | Rextar Title Services, LLC | Christopher Actie | $225,000 |
| $168,750 | $225,000 | Eluzer Gold | Benjamin Eidlisz | 8/19/2024 | Levy Ventures LLC | Dukeland Rose LLC | 3636 Esther Place, Baltimore, MD 21224 | $225,000 | Rextar Title Services, LLC | Jason Taylor | $225,000 |
| $161,250 | $215,000 | Eluzer Gold | Benjamin Eidlisz | 8/14/2024 | Levy Ventures LLC | Glover Collins LLC | 416 N Glover St, Baltimore, MD 21224 | $215,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $215,000 |
| $142,500 | $190,000 | Eluzer Gold | Benjamin Eidlisz | 8/28/2024 | Levy Ventures LLC | Kenyon Winchester LLC | 426 N Rose St., Baltimore, MD 21224 | $190,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $190,000 |
| $142,500 | $190,000 | Eluzer Gold | Benjamin Eidlisz | 9/24/2024 | Levy Ventures LLC | Dukeland Rose LLC | 2226 Orleans St., Baltimore, MD 21231 | $190,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $190,000 |
| $165,000 | $220,000 | Eluzer Gold | Benjamin Eidlisz | 8/29/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 3802 Fairhaven Ave, Baltimore, MD 21226 | $220,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $220,000 |
| $165,000 | $220,000 | Eluzer Gold | Benjamin Eidlisz | 8/19/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 3806 Fairhaven Ave, Baltimore, MD 21226 | $220,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $220,000 |
| $165,000 | $220,000 | Eluzer Gold | Benjamin Eidlisz | 9/27/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 4328 Fairhaven Ave Baltimore, MD 21226 | $220,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $220,000 |
| $150,000 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/29/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 3804 Fairhaven Ave., Baltimore, MD 21226 | $200,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $200,000 |
| $150,000 | $200,000 | Eluzer Gold | Benjamin Eidlisz | 8/29/2024 | Gelt Ventures LLC | Fairhaven Avenue Properties LLC | 3828 Fairhaven Ave, Baltimore, MD, 21226 | $200,000 (original purchase price stated: $225,000) | Rextar Title Services, LLC | Christopher Actie | $200,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $172,500 | $230,000 | Eluzer Gold | Benjamin Eidlisz | 8/19/2024 | Zahav Ventures LLC | Kenyon Winchester LLC | 1512 Holbrook St, Baltimore, MD, 21202 | $230,000 | Rextar Title Services, LLC | Jason Taylor | $230,000 |
| $176,250 | $250,000 | Eluzer Gold | Benjamin Eidlisz | 8/19/2024 | Zahav Plus Ventures LLC | Stanford Powell LLC | 615 McCabe Ave, Baltimore, MD. 21212 | $235,000 | Rextar Title Services, LLC | Jason Taylor | $250,000 |
| $165,000 | $220,000 | Eluzer Gold | Benjamin Eidlisz | 8/19/2024 | Levy Ventures LLC | Maple & Green LLC | 739 West Hills Pkwy, Baltimore, MD, 21229 | $220,000 (original purchase price stated: $238,000) | Rextar Title Services, LLC | Christopher Actie | $220,000 |
| $167,200 | $218,000 | Eluzer Gold | Shraga Lerner | 5/21/2024 | Kesef Ventures LLC | Cardinal MGMT LLC | 2429 East Lanvale St., Baltimore MD 21213 | $209,000 | Rextar Title Services, LLC | Jason Taylor | $218,000 |