# Exhibit A

| Property Address | Date Loan Application Completed/ Date of Settlement | Value Attested in Loan Application | Loan Amount | Purchaser | Signatory on Settlement Statement for Purchaser | Seller | Signatory on Settlement Statement for Seller | Purchase Price |
|---|---|---|---|---|---|---|---|---|
| 3413 Lyndale Ave, Baltimore, MD 21213 | 4/19/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | SLDL Properties LLC | Shraga Lerner | $215,000 |
| 1124 N Monroe St., Baltimore, MD 21217 | 4/22/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $215,000 |
| 716 N Port St., Baltimore, MD 21205 | 4/19/2024 | $218,000 | $174,400 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $218,000 |
| 2325 Edmondson Ave, Baltimore, MD 21223 | 4/22/2024 | $218,000 | $174,400 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $218,000 |
| 1761 Darley Ave, Baltimore, MD 21213 | 4/22/2024 | $225,000 | $180,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $225,000 |
| 1602 Darley Ave, Baltimore, MD 21213 | 4/19/2024 | $217,500 | $174,000 | Kesef Ventures LLC | Eluzer Gold | 1258 Glyndon LLC | Shraga Lerner | $217,500 |
| 2425 McCulloh St., Baltimore, MD 21217 | 4/22/2024 | $210,000 | $168,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $210,000 |
| 2806 Ellicott Dr., Baltimore, MD 21216 | 4/22/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $215,000 |
| 2667 Frederick Ave, Baltimore, MD 21223 | 4/22/2024 | $217,500 | $174,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $217,500 |
| 1711 Darley Ave, Baltimore, MD 21213 | 4/22/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $215,000 |
| 1637 Normal Ave, Baltimore, MD 21213 | 4/22/2024 | $207,000 | $165,600 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $207,000 |
| 2540 Oswego Ave, Baltimore, MD 21215 | 5/21/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $215,000 |
| 511 N Belnord Ave, Baltimore, MD 21205 | 5/22/2024 | $225,000 | $180,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $225,000 |
| 606 Ashburton St, Baltimore, MD 21216 | 5/29/2024 | $205,000 | $153,750 | Kesef Ventures LLC | Eluzer Gold | Cardinal MGMT LLC | Shraga Lerner | $205,000 |
| 2726 Wilkens Ave, Baltimore, MD 21223 | 5/23/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | Cardinal MGMT LLC | Shraga Lerner | $215,000 |
| 1706 Normal Ave, Baltimore, MD 21213 | 5/23/2024 | $215,000 | $172,000 | Kesef Ventures LLC | Eluzer Gold | Sunray MGMT LLC | Shraga Lerner | $215,000 |
| 2836 Harlem Ave, Baltimore, MD 21216 | 5/30/2024 | $225,000 | $180,000 | Kesef Ventures LLC | Eluzer Gold | Cardinal MGMT LLC | Shraga Lerner | $225,000 |
| 2429 E Federal St., Baltimore, MD 21213 | 5/21/2024 | $218,000 | $168,000 | Kesef Ventures LLC | Eluzer Gold | Cardinal MGMT LLC | Shraga Lerner | $210,000 |
| 1612 Appleton St., Baltimore, MD 21217 | 9/30/2024 | $185,000 | $131,250 | EGBE Ventures LLC | Eluzer Gold | Stanford Powell LLC | Benjamin Eidlisz | $175,000 |
| 1621 Appleton St., Baltimore, MD 21217 | 7/18/2024 | $195,000 | $131,250 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $175,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 211 S Woodyear St., Baltimore, MD 21223 | 9/31/2024; 9/30/24 | $194,000 | $131,250 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $175,000 |
| 336 S Calhoun St., Baltimore, MD 21223 | 7/18/2024 | $195,000 | $131,250 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $175,000 |
| 1910 N Pulaski St., Baltimore, MD 21217 | 7/15/2024 | $185,000 | $135,000 | Zahav Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $180,000 |
| 1933 Clifton Ave, Baltimore, MD 21217 | 7/23/2024 | $185,000 | $135,000 | Zahav Ventures LLC | Eluzer Gold | Glover Collins LLC | Benjamin Eidlisz | $180,000 |
| 2581 Edmondson Ave, Baltimore, MD 21223 | 7/23/2024 | $180,000 | $135,000 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $180,000 |
| 2026 Clifton Ave, Baltimore, MD 21217 | 7/15/2024 | $185,000 | $138,750 | Zahav Ventures LLC | Eluzer Gold | Stanford Powell LLC | Benjamin Eidlisz | $185,000 |
| 1626 Poplar Grove St., Baltimore, MD 21216 | 7/15/2024 | $205,000 | $142,500 | EGBE Ventures LLC | Eluzer Gold | Stanford Powell LLC | Benjamin Eidlisz | $190,000 |
| 1507 Hazel St., Baltimore, MD 21226 | 8/8/2024 | $200,000 | $142,500 | Levy Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $190,000 |
| 1510 Popland St., Baltimore, MD 21226 | 7/10/2024 | $200,000 | $142,500 | Levy Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $190,000 |
| 1520 Popland St., Baltimore, MD 21226 | 7/23/2024 | $200,000 | $142,500 | Levy Ventures LLC | Eluzer Gold | 1520 Popland Street LLC | Benjamin Eidlisz | $190,000 |
| 1530 Popland St., Baltimore, MD 21226 | 8/22/2024 | $215,000 | $142,500 | Levy Ventures LLC | Eluzer Gold | Grace Popland LLC | Benjamin Eidlisz | $190,000 |
| 4100 Curtis Ave., Baltimore, MD 21226 | 9/24/2024 | $190,000 | $142,500 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $190,000 |
| 4101 Grace Ct., Baltimore, MD 21226 | 9/10/2024 | $200,000 | $142,500 | Gelt Ventures LLC | Eluzer Gold | Grace Popland LLC | Benjamin Eidlisz | $190,000 |
| 4203 Grace Ct., Baltimore, MD 21226 | 9/5/2024 | $200,000 | $142,500 | Gelt Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $190,000 |
| 1608 Popland St., Baltimore, MD 21226 | 8/22/2024 | $200,000 | $142,500 | Gelt Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $190,000 |
| 1531 N Bentalou St., Baltimore, MD 21216 | 7/18/2024 | $200,000 | $146,250 | EGBE Ventures LLC | Eluzer Gold | Glover Collins LLC | Benjamin Eidlisz | $195,000 |
| 2734 Winchester St., Baltimore, MD 21216 | 7/15/2024 | $200,000 | $146,250 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |
| 2810 Presbury St., Baltimore, MD 21216 | 10/2/2024 | $185,000 | $138,750 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $185,000 |
| 2834 W. North Ave, Baltimore, MD 21216 | 7/15/2024 | $195,000 | $146,250 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3120 Brighton St., Baltimore, MD 21216 | 8/8/2024 | $185,000 | $138,750 | EGBE Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $185,000 |
| 1202 Clendenin St., Baltimore, MD 21217 | 7/18/2024 | $210,000 | $146,250 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |
| 1209 N. Potomac St., Baltimore, MD 21213 | 8/8/2024 | $205,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |
| 1301 E. Lafayette Ave., Baltimore, MD 21213 | 9/16/2024 | $220,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |
| 1739 N. Dallas St., Baltimore, MD 21213 | 8/9/2024 | $200,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $195,000 |
| 3168 Ravenwood Ave, Baltimore, MD 21213 | 9/6/2024 | $195,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |
| 3172 Ravenwood Ave, Baltimore, MD 21213 | 9/9/2024 | $195,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $195,000 |
| 3334 Elmora Ave, Baltimore, MD 21213 | 9/5/2024 | $195,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $195,000 |
| 3668 Kenyon Ave, Baltimore, MD 21213 | 9/5/2024 | $195,000 | $146,250 | Zahav Plus Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $195,000 |
| 2929 Baker St., Baltimore, MD 21216 | 8/9/2024 | $190,000 | $142,500 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $190,000 |
| 3615 Everett St., Baltimore, MD 21226 | 9/5/2024 | $200,000 | $146,250 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $195,000 |
| 3715 Pascal Ave, Baltimore, MD 21226 | 9/5/2024 | $210,000 | $157,500 | Gelt Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $210,000 |
| 2414 Jefferson St., Baltimore, MD 21205 | 8/28/2024 | $200,000 | $149,250 | Zahav Ventures LLC | Eluzer Gold | Cancun Bernal, LLC | Benjamin Eidlisz | $199,000 |
| 519 N. Curley St., Baltimore, MD 21205 | 8/22/2024 | $200,000 | $149,250 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $199,000 |
| 606 North Bouldin St., Baltimore, MD 21205 | 8/14/2024 | $220,000 | $149,250 | Zahav Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $199,000 |
| 610 N. Montford Ave, Baltimore, MD 21205 | 8/26/2024 | $200,000 | $149,250 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $199,000 |
| 624 N. Streeper St., Baltimore, MD 21205 | 10/2/2024 | $200,000 | $149,250 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $199,000 |
| 811 N. Streeper St., Baltimore, MD 21205 | 9/16/2024 | $200,000 | $149,250 | Zahav Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $199,000 |
| 1900 N Dukeland St., Baltimore, MD, 21216 | 7/18/2024 | $205,000 | $153,750 | EGBE Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $205,000 |
| 1334 N. Mount St., Baltimore, MD, 21217 | 7/18/2024 | $215,000 | $153,750 | EGBE Ventures LLC | Eluzer Gold | Cancun Bernal, LLC | Benjamin Eidlisz | $205,000 |
| 1102 Gorsuch Ave, Baltimore, MD 21218 | 9/24/2024 | $200,000 | $150,000 | Zahav Plus Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $200,000 |
| 407 Venable Ave, Baltimore, MD 21218 | 9/13/2024 | $205,000 | $153,750 | Zahav Plus Ventures LLC | Eluzer Gold | Dukeland Rose LLC | Benjamin Eidlisz | $205,000 |
| 1613 Spruce St., Baltimore, MD, 21226 | 8/14/2024 | $190,000 | $142,500 | Gelt Ventures LLC | Eluzer Gold | 1613 Spruce LLC | Benjamin Eidlisz | $ 190,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 513 Collins Ave, Baltimore, MD 21229 | 8/28/2024; 8/29/24 | $215,000 | $161,250 | Zahav Ventures LLC | Eluzer Gold | Glover Collins LLC | Benjamin Eidlisz | $215,000 |
| 1613 Popland St., Baltimore, MD, 21226 | 8/14/2024 | $196,000 | $147,000 | Gelt Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $196,000 |
| 1616 Popland St., Baltimore, MD, 21226 | 8/28/2024 | $190,000 | $142,500 | Gelt Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $190,000 |
| 1630 Plum St., Baltimore, MD, 21226 | 8/28/2024 | $215,000 | $161,250 | Gelt Ventures LLC | Eluzer Gold | Popland Street Properties LLC | Benjamin Eidlisz | $215,000 |
| 3619 Everett St., Baltimore, MD, 21226 | 9/9/2024 | $215,000 | $161,250 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $215,000 |
| 200 N. Streeper St., Baltimore, MD, 21224 | 9/24/2024 | $225,000 | $168,750 | Zahav Plus Ventures LLC | Eluzer Gold | Orleans Street LLC | Benjamin Eidlisz | $225,000 |
| 2337 E. Fayette St., Baltimore, MD 21224 | 9/9/2024 | $225,000 | $168,750 | Zahav Plus Ventures LLC | Eluzer Gold | Fayette Noble LLC | Benjamin Eidlisz | $225,000 |
| 246 N Rose St., Baltimore, MD 21224 | 9/26/2024 | $225,000 | $168,750 | Zahav Plus Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $225,000 |
| 2519 Orleans St., Baltimore, MD 21224 | 9/18/2024 | $200,000 | $150,000 | Zahav Plus Ventures LLC | Eluzer Gold | Stanford Powell LLC | Benjamin Eidlisz | $200,000 |
| 2606 Orleans St., Baltimore, MD 21224 | 9/9/2024 | $200,000 | $150,000 | Zahav Plus Ventures LLC | Eluzer Gold | Orleans Street LLC | Benjamin Eidlisz | $200,000 |
| 2803 Jefferson St., Baltimore, MD 21205 | 9/5/2024 | $200,000 | $150,000 | Levy Ventures LLC | Eluzer Gold | Orleans Street LLC | Benjamin Eidlisz | $200,000 |
| 2900 Orleans St., Baltimore, MD 21224 | 9/16/2024 | $210,000 | $157,500 | Levy Ventures LLC | Eluzer Gold | Orleans Street LLC | Benjamin Eidlisz | $210,000 |
| 2907 Orleans St., Baltimore, MD 21224 | 9/10/2024 | $215,000 | $161,250 | Levy Ventures LLC | Eluzer Gold | Cancun Bernal LLC | Benjamin Eidlisz | $215,000 |
| 2909 Orleans St., Baltimore, MD 21224 | 9/24/2024 | $215,000 | $161,250 | Levy Ventures LLC | Eluzer Gold | Orleans Street LLC | Benjamin Eidlisz | $215,000 |
| 3406 Noble St., Baltimore, MD 21224 | 9/13/2024 | $225,000 | $168,750 | Levy Ventures LLC | Eluzer Gold | Dukeland Rose LLC | Benjamin Eidlisz | $225,000 |
| 3636 Esther Place, Baltimore, MD 21224 | 8/19/2024 | $225,000 | $168,750 | Levy Ventures LLC | Eluzer Gold | Dukeland Rose LLC | Benjamin Eidlisz | $225,000 |
| 416 N Glover St, Baltimore, MD 21224 | 8/14/2024 | $215,000 | $161,250 | Levy Ventures LLC | Eluzer Gold | Glover Collins LLC | Benjamin Eidlisz | $215,000 |
| 426 N Rose St., Baltimore, MD 21224 | 8/28/2024 | $190,000 | $142,500 | Levy Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $190,000 |
| 2226 Orleans St., Baltimore, MD 21231 | 9/24/2024 | $190,000 | $142,500 | Levy Ventures LLC | Eluzer Gold | Dukeland Rose LLC | Benjamin Eidlisz | $190,000 |
| 3802 Fairhaven Ave, Baltimore, MD 21226 | 8/29/2024 | $220,000 | $165,000 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $220,000 |
| 3806 Fairhaven Ave, Baltimore, MD 21226 | 8/19/2024 | $220,000 | $165,000 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $220,000 |
| 4328 Fairhaven Ave, Baltimore, MD 21226 | 9/27/2024 | $220,000 | $165,000 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $220,000 |
| 3804 Fairhaven Ave, Baltimore, MD 21226 | 8/29/2024 | $200,000 | $150,000 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $200,000 |
| 3828 Fairhaven Ave, Baltimore, MD, 21226 | 8/29/2024 | $200,000 | $150,000 | Gelt Ventures LLC | Eluzer Gold | Fairhaven Avenue Properties LLC | Benjamin Eidlisz | $200,000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1512 Holbrook St, Baltimore, MD, 21202 | 8/19/2024 | $230,000 | $172,500 | Zahav Ventures LLC | Eluzer Gold | Kenyon Winchester LLC | Benjamin Eidlisz | $230,000 |
| 615 McCabe Ave, Baltimore, MD. 21212 | 8/19/2024 | $250,000 | $176,250 | Zahav Plus Ventures LLC | Eluzer Gold | Stanford Powell LLC | Benjamin Eidlisz | $235,000 |
| 1608 Olive St., Baltimore, MD 21230 | 8/19/2024 | $220,000 | $165,000 | Levy Ventures LLC | Eluzer Gold | Maple & Green LLC | Benjamin Eidlisz | $220,000 |
| 2429 East Lanvale St., Baltimore MD 21213 | 5/21/2024 | $218,000 | $167,200 | Kesef Ventures LLC | Eluzer Gold | Cardinal MGMT LLC | Shraga Lerner | $209,000 |