# Exhibit B

| Property Address | Title Agent | Date of Preliminary Title Report | Appraiser | Appraisal Date | Appraisal Amount | Prior Aquisition Date | Prior Acquisition Amount |
|---|---|---|---|---|---|---|---|
| 3413 Lyndale Ave, Baltimore, MD 21213 | Rextar Title Services, LLC | 4/5/2024 | Jason Taylor | 4/2/2024 | $215,000 | 1/8/2024 | 55,000.00 |
| 1124 N Monroe St., Baltimore, MD 21217 | Rextar Title Services, LLC | 4/4/2024 | Jason Taylor | 4/2/2024 | $215,000 | 1/18/2024 | $46,000 |
| 716 N Port St., Baltimore, MD 21205 | Rextar Title Services, LLC | 4/4/2024 | Jason Taylor | 4/4/2024 | $218,000 | 2/2/2024 | $66,000 |
| 2325 Edmondson Ave, Baltimore, MD 21223 | Rextar Title Services, LLC | 4/4/2024 | Jason Taylor | 4/5/2024 | $218,000 | 1/18/2024 | $55,000 |
| 1761 Darley Ave, Baltimore, MD 21213 | Rextar Title Services, LLC | 4/5/2024 | Jason Taylor | 4/3/2024 | $225,000 | 1/18/2024 | $57,000 |
| 1602 Darley Ave, Baltimore, MD 21213 | Rextar Title Services, LLC | 4/4/2024 | Jason Taylor | 4/3/2024 | $218,000 | 12/27/2023 | $45,000 |
| 2425 McCulloh St., Baltimore, MD 21217 | Rextar Title Services, LLC | 4/5/2024 | Jason Taylor | 4/5/2024 | $210,000 | 2/2/2024 | $53,000 |
| 2806 Ellicott Dr., Baltimore, MD 21216 | Rextar Title Services, LLC | 4/5/2024 | Jason Taylor | 4/4/2024 | $215,000 | 2/2/2024 | $73,000 |
| 2667 Frederick Ave, Baltimore, MD 21223 | Rextar Title Services, LLC | 4/5/2024 | Jason Taylor | 4/4/2024 | $218,000 | 1/18/2024 | $40,500 |
| 1711 Darley Ave, Baltimore, MD 21213 | Rextar Title Services, LLC | 4/5/2024 | Jason Taylor | 4/3/2024 | $215,000 | 2/8/2024 | $60,000 |
| 1637 Normal Ave, Baltimore, MD 21213 | Rextar Title Services, LLC | 4/4/2024 | Jason Taylor | 4/4/2024 | $210,000 | 2/2/2024 | $55,00 |
| 2540 Oswego Ave, Baltimore, MD 21215 | Rextar Title Services, LLC | 4/8/2024 | Jason Taylor | 4/17/2024 | $215,000 | 2/28/2024 | $1,300 |
| 511 N Belnord Ave, Baltimore, MD 21205 | Rextar Title Services, LLC | 4/10/2024 | Christopher Actie | 4/14/2024 | $225,000 | 2/21/2024 | $25,000 |
| 606 Ashburton St., Baltimore, MD 21216 | Rextar Title Services, LLC | 4/8/2024 | Christopher Actie | 4/18/2024 | $205,000 | 3/7/2024 | $52,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2726 Wilkens Ave, Baltimore, MD 21223 | Rextar Title Services, LLC | 4/7/2024 | Christopher Actie | 4/18/2024 | $215,000 | 3/7/2024 | $40,000 |
| 1706 Normal Ave, Baltimore, MD 21213 | Rextar Title Services, LLC | 4/7/2024 | Christopher Actie | 4/14/2024 | $215,000 | 3/7/2024 | $60,000 |
| 2836 Harlem Ave, Baltimore, MD 21216 | Rextar Title Services, LLC | 4/7/2024 | Christopher Actie | 5/3/2024 | $225,000 | 3/20/2024 | $58,000 |
| 2429 E Federal St., Baltimore, MD 21213 | Rextar Title Services, LLC | 4/9/2024 | Jason Taylor | 4/17/2024 | $218,000 | 2/21/2024 | $50,000 |
| 1612 Appleton St., Baltimore, MD 21217 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/9/2024 | $185,000 | 5/26/2021 | $0 |
| 1621 Appleton St., Baltimore, MD 21217 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/22/2024 | $195,000 | 11/20/2020 | $38,000 |
| 211 S Woodyear St., Baltimore, MD 21223 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/20/2024 | $194,000 | 1/15/2021 | $28,000 |
| 336 S Calhoun St., Baltimore MD 21223 | Rextar Title Services, LLC | 5/13/2024 | Jason Taylor | 5/24/2024 | $195,000 | 2/19/2021 | $49,000 |
| 1910 N Pulaski St., Baltimore MD 21217 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/22/2024 | $185,000 | 2/2/2021 | $51,000 |
| 1933 Clifton Ave, Baltimore, MD 21217 | Rextar Title Services, LLC | 5/16/2024 | Jason Taylor | 5/23/2024 | $185,000 | 2/26/2021 | $35,000 |
| 2581 Edmondson Ave, Baltimore, MD 21223 | Rextar Title Services, LLC | 5/16/2024 | Jason Taylor | 5/23/2024 | $180,000 | 11/30/2020 | $46,000 |
| 2026 Clifton Ave, Baltimore MD 21217 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/23/2024 | $185,000 | 9/2/2021 | $27,000 |
| 1626 Poplar Grove St., Baltimore MD 21216 | Rextar Title Services, LLC | 5/16/2024 | Jason Taylor | 5/17/2024 | $205,000 | 5/26/2021 | $0 |
| 1507 Hazel St., Baltimore MD 21226 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/17/2024 | $200,000 | 2/26/2021 | $71,500 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1510 Popland St., Baltimore MD 21226 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 1520 Popland St., Baltimore MD 21226 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/17/2024 | $200,000 | 1/5/2021 | $0 |
| 1530 Popland St., Baltimore MD 21226 | Rextar Title Services, LLC | 8/9/2024 | Christopher Actie | 5/17/2024 | $215,000 | 12/24/2020 | $0 |
| 4100 Curtis Ave, Baltimore MD 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $190,000 | 12/24/2020 | $0 |
| 4101 Grace Ct., Baltimore MD 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 4203 Grace Ct., Baltimore MD 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 1608 Popland St., Baltimore MD 21226 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 1531 N Bentalou St., Baltimore MD 21216 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/18/2024 | $200,000 | 4/8/2021 | $48,000 |
| 2734 Winchester St., Baltimore MD 21216 | Rextar Title Services, LLC | 5/13/2024 | Jason Taylor | 5/18/2024 | $200,000 | 12/14/2020 | $32,000 |
| 2810 Presbury St., Baltimore MD 21216 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/20/2024 | $185,000 | 2/24/2021 | $49,500 |
| 2834 W. North Ave, Baltimore MD 21216 | Rextar Title Services, LLC | 5/13/2024 | Jason Taylor | 5/18/2024 | $195,000 | 12/3/2020 | $35,000 |
| 3120 Brighton St., Baltimore MD 21216 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/9/2024 | $185,000 | 9/10/2021 | $0 |
| 1202 Clendenin St. Baltimore MD 21217 | Rextar Title Services, LLC | 5/13/2024 | Jason Taylor | 5/18/2024 | $210,000 | 9/22/2020 | $57,000 |
| 1209 N. Potomac St., Baltimore MD 21213 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/30/2024 | $205,000 | 12/3/2020 | $37,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1301 E. Lafayette Ave., Baltimore MD 21213 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/8/2024 | $220,000 | 11/17/2020 | $46,000 |
| 1739 N. Dallas St., Baltimore MD 21213 | Rextar Title Services, LLC | 5/21/2024 | Christopher Actie | 6/8/2024 | $200,000 | 1/8/2021 | $28,000 |
| 3168 Ravenwood Ave, Baltimore MD 21213 | Rextar Title Services, LLC | 8/11/2024 | Jason Taylor | 5/30/2024 | $195,000 | 3/2/2021 | $49,875 |
| 3172 Ravenwood Ave, Baltimore MD 21213 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/8/2024 | $195,000 | 2/11/2021 | $50,500 |
| 3334 Elmora Ave, Baltimore MD 21213 | Rextar Title Services, LLC | 8/11/2024 | Jason Taylor | 5/30/2024 | $195,000 | 4/20/2021 | $50,500 |
| 3668 Kenyon Ave, Baltimore MD 21213 | Rextar Title Services, LLC | 8/11/2024 | Jason Taylor | 5/30/2024 | $195,000 | 11/18/2021 | $0 |
| 2929 Baker St., Baltimore MD 21216 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/20/2024 | $190,000 | 2/26/2021 | $60,000 |
| 3615 Everett St., Baltimore MD 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 3715 Pascal Ave, Baltimore MD 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $210,000 | 12/24/2020 | $0 |
| 2414 Jefferson St., Baltimore MD 21205 | Rextar Title Services, LLC | 8/11/2024 | Jason Taylor | 5/28/2024 | $200,000 | 12/20/2022 | $0 |
| 519 N. Curley St., Baltimore MD 21205 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/10/2024 | $200,000 | 2/17/2021 | $48,000 |
| 606 North Bouldin Street, Baltimore, MD 21205 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/10/2024 | $220,000 | 3/16/2021 | $78,000 |
| 610 N. Montford Ave, Baltimore MD 21205 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/28/2024 | $200,000 | 2/24/2021 | $60,000 |
| 624 N. Streeper St., Baltimore MD 21205 | Rextar Title Services, LLC | 9/2/2024 | Christopher Actie | 6/10/2024 | $200,000 | 2/17/2021 | $50,000 |
| 811 N. Streeper St., Baltimore MD 21205 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/10/2024 | $200,000 | 11/30/2020 | $25,000 |
| 1900 N Dukeland St., Baltimore MD, 21216 | Rextar Title Services, LLC | 5/16/2024 | Jason Taylor | 5/18/2024 | $205,000 | 11/6/2020 | $31,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1334 N. Mount St., Baltimore MD, 21217 | Rextar Title Services, LLC | 5/16/2024 | Jason Taylor | 5/22/2024 | $215,000 | 12/20/2022 | $0 |
| 1102 Gorsuch Ave, Baltimore MD 21218 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/8/2024 | $200,000 | 1/26/2021 | $58,500 |
| 407 Venable Ave, Baltimore MD 21218 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/11/2024 | $205,000 | 12/2/2021 | $0 |
| 1613 Spruce St., Baltimore MD, 21226 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/17/2024 | $190,000 | 1/5/2021 | $0 |
| 513 Collins Ave, Baltimore, MD 21229 | Rextar Title Services, LLC | 8/9/2024 | Christopher Actie | 6/11/2024 | $215,000 | 2/2/2021 | $0 |
| 1613 Popland St., Baltimore MD, 21226 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/17/2024 | $196,000 | 12/24/2020 | $0 |
| 1616 Popland St., Baltimore MD, 21226 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/17/2024 | $190,000 | 12/24/2020 | $0 |
| 1630 Plum St., Baltimore MD, 21226 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/17/2024 | $215,000 | 12/24/2020 | $0 |
| 3619 Everett St., Baltimore MD, 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $215,000 | 12/24/2020 | $0 |
| 200 N. Streeper St., Baltimore MD, 21224 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/7/2024 | $225,000 | 12/18/2020 | $342500 (joint sale price for 2606 Orleans St., 2900 Orleans St., 2909 Orleans St., 2803 Jefferson St., 200 N. Streeper St.) |
| 2337 E. Fayette St., Baltimore MD 21224 | Rextar Title Services, LLC | 9/11/2024 | Christopher Actie | 6/7/2024 | $225,000 | 4/29/2021 | $0 |
| 246 N Rose St., Baltimore, MD 21224 | Rextar Title Services, LLC | 9/9/2024 | Christopher Actie | 6/7/2024 | $225,000 | 11/13/2020 | $87,500 |
| 2519 Orleans St., Baltimore, MD 21224 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/7/2024 | $200,000 | 11/8/2022 | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2606 Orleans St., Baltimore, MD 21224 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/19/2024 | $200,000 | 12/18/2020 | $342500 (joint sale price for 2606 Orleans St., 2900 Orleans St., 2909 Orleans St., 2803 Jefferson St., 200 N. Streeper St.) |
| 2803 Jefferson St., Baltimore, MD 21205 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/19/2024 | $200,000 | 12/18/2020 | $342500 (joint sale price for 2606 Orleans St., 2900 Orleans St., 2909 Orleans St., 2803 Jefferson St., 200 N. Streeper St.) |
| 2900 Orleans St., Baltimore, MD 21224 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/7/2024 | $210,000 | 12/18/2020 | $342500 (joint sale price for 2606 Orleans St., 2900 Orleans St., 2909 Orleans St., 2803 Jefferson St., 200 N. Streeper St.) |
| 2907 Orleans St., Baltimore, MD 21224 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/7/2024 | $215,000 | 11/8/2022 | $0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2909 Orleans St., Baltimore, MD 21224 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 6/7/2024 | $215,000 | 12/18/2020 | $342500 (joint sale price for 2606 Orleans St., 2900 Orleans St., 2909 Orleans St., 2803 Jefferson St., 200 N. Streeper St.) |
| 3406 Noble St., Baltimore, MD 21224 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 6/7/2024 | $225,000 | 9/10/2021 | $0 |
| 3636 Esther Place, Baltimore, MD 21224 | Rextar Title Services, LLC | 8/9/2024 | Jason Taylor | 5/16/2024 | $225,000 | 9/10/2021 | $0 |
| 416 N Glover St., Baltimore, MD 21224 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/19/2024 | $215,000 | 2/2/2021 | $0 |
| 426 N Rose St., Baltimore, MD 21224 | Rextar Title Services, LLC | 5/14/2024 | Christopher Actie | 5/19/2024 | $190,000 | 2/10/2021 | $60,000 |
| 2226 Orleans St., Baltimore, MD 21231 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/19/2024 | $190,000 | 6/23/2022 | $0 |
| 3802 Fairhaven Ave, Baltimore, MD 21226 | Rextar Title Services, LLC | 5/11/2024 | Christopher Actie | 5/17/2024 | $220,000 | 12/24/2020 | $0 |
| 3806 Fairhaven Ave, Baltimore, MD 21226 | Rextar Title Services, LLC | 7/9/2024 | Christopher Actie | 5/17/2024 | $220,000 | 12/24/2020 | $0 |
| 4328 Fairhaven Ave, Baltimore, MD 21226 | Rextar Title Services, LLC | 8/11/2024 | Christopher Actie | 5/17/2024 | $220,000 | 12/24/2020 | $0 |
| 3804 Fairhaven Ave, Baltimore, MD 21226 | Rextar Title Services, LLC | 5/21/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 3828 Fairhaven Ave, Baltimore, MD, 21226 | Rextar Title Services, LLC | 5/11/2024 | Christopher Actie | 5/17/2024 | $200,000 | 12/24/2020 | $0 |
| 1512 Holbrook St., Baltimore, MD, 21202 | Rextar Title Services, LLC | 8/9/2024 | Jason Taylor | 5/24/2024 | $230,000 | 1/8/2021 | $38,000 |
| 615 McCabe Ave, Baltimore, MD. 21212 | Rextar Title Services, LLC | 7/9/2024 | Jason Taylor | 5/29/2024 | $250,000 | 8/29/2022 | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1608 Olive St., Baltimore, MD 21230 | Rextar Title Services, LLC | 8/9/2024 | Christopher Actie | 5/18/2024 | $220,000 | 12/2/2020 | $92,000 |
| 2429 East Lanvale St., Baltimore, MD 21213 | Rextar Title Services, LLC | 4/9/2024 | Jason Taylor | 4/17/2024 | $218,000 | 2/23/2024 | $42,500 |