# Exhibit C

| Property Address | Dates of Interstate Electronic Wires | Dates of Interstate Mail Transmittal |
|---|---|---|
| 3413 Lyndale Ave, Baltimore, MD 21213 | 4/22/2024 | 4/22/2024 |
| 1124 N Monroe St., Baltimore, MD 21217 | 4/25/2024 | 4/25/2024 |
| 716 N Port St, Baltimore, MD 21205 | | 4/22/2024 |
| 2325 Edmondson Ave, Baltimore, MD 21223 | 4/22/24 (4); 4/23/24 (9); 5/20/24; 6/26/24; 7/2/24 | |
| 1761 Darley Ave, Baltimore, MD 21213 | 4/25/2024 | 4/25/2024 |
| 1602 Darley Ave, Baltimore, MD 21213 | 4/19/24; 4/22/24; 4/23/24 (5); 5/17/24 | 4/22/2024 |
| 2425 McCulloh St., Baltimore, MD 21217 | 4/25/2024 | 4/25/2024 |
| 2806 Ellicott Dr., Baltimore, MD 21216 | 4/22/24 (2); 4/23/24 (5); 5/17/24; 5/30/24; 6/11/24 | 4/22/2024 |
| 2667 Frederick Ave, Baltimore, MD 21223 | 4/22/2024 | 4/22/2024 |
| 1711 Darley Ave, Baltimore, MD 21213 | 4/22/2024 | 4/22/2024 |
| 1637 Normal Ave, Baltimore, MD 21213 | 4/22/2024 | 4/22/2024 |
| 2540 Oswego Ave, Baltimore, MD 21215 | 5/22/24 (5); 6/6/24; 6/26/24; 7/2/24; 7/3/24; 3/24/25 | 5/22/2024 |
| 511 N Belnord Ave, Baltimore, MD 21205 | 5/23/24 (5); 6/11/24 (2); 7/2/24 | 5/23/2024 |
| 606 Ashburton St., Baltimore, MD 21216 | 5/30/2024 | 5/30/2024 |
| 2726 Wilkens Ave, Baltimore, MD 21223 | 5/24/2024 | 5/23/2024 |
| 1706 Normal Ave, Baltimore, MD 21213 | | 5/23/2024 |
| 2836 Harlem Ave, Baltimore, MD 21216 | 5/31/2024 | 5/31/2024 |
| 2429 E Federal St., Baltimore, MD 21213 | 5/22/24 (5); 6/6/24; 7/25/24 (2) | 5/22/2024 |
| 1612 Appleton St., Baltimore, MD 21217 | 10/1/2024 | 9/30/2024 |

| | | |
|---|---|---|
| 1621 Appleton St., Baltimore, MD 21217 | 7/19/2024 | 7/18/2024 |
| 211 S Woodyear St., Baltimore, MD 21223 | 9/30/24; 10/1/24 (2); 2/18/25; 2/20/25; 3/10/25; 3/13/25 | 9/30/2024 |
| 336 S Calhoun St., Baltimore, MD 21223 | 7/18/2024 | 7/18/2024 |
| 1910 N Pulaski St., Baltimore, MD 21217 | 7/16/2024 | 7/17/2024 |
| 1933 Clifton Ave, Baltimore, MD 21217 | 7/24/2024 | 7/24/2024; 8/6/24 |
| 2581 Edmondson Ave, Baltimore, MD 21223 | 7/24/2024 | 7/24/2024; 7/29/24 |
| 2026 Clifton Ave, Baltimore, MD 21217 | 7/16/2024 | 7/17/2024 |
| 1626 Poplar Grove St., Baltimore, MD 21216 | 7/17/2024 | 7/17/2024; 8/2/24 |
| 1507 Hazel St., Baltimore, MD 21226 | 8/9/2024 | 8/8/2024 |
| 1510 Popland St., Baltimore, MD 21226 | 7/12/2024 | 7/10/2024 |
| 1520 Popland St., Baltimore, MD 21226 | 7/24/2024 | 7/24/2024 |
| 1530 Popland St., Baltimore, MD 21226 | 8/23/2024 | 8/22/2024 |
| 4100 Curtis Ave., Baltimore, MD 21226 | | 9/24/2024 |
| 4101 Grace Ct., Baltimore, MD 21226 | | 9/10/2024 |
| 4203 Grace Ct., Baltimore, MD 21226 | 9/6/2024 | 9/5/2024 |
| 1608 Popland St., Baltimore, MD 21226 | | 8/22/2024 |
| 1531 N Bentalou St., Baltimore, MD 21216 | 7/19/2024 | 7/19/2024 |

| | | |
|---|---|---|
| 2734 Winchester St., Baltimore, MD 21216 | 7/17/2024 | 7/16/24; 7/17/2024; 8/2/24 |
| 2810 Presbury St., Baltimore, MD 21216 | 10/7/2024 | |
| 2834 W. North Ave, Baltimore, MD 21216 | 7/16/2024 | 7/16/24; 7/17/24; 8/2/2024 |
| 3120 Brighton St., Baltimore, MD 21216 | 8/9/2024 | 8/8/2024 |
| 1202 Clendenin St., Baltimore, MD 21217 | 7/19/2024; 8/2/24 | 7/18/2024 |
| 1209 N. Potomac St., Baltimore, MD 21213 | 8/9/2024 | 8/8/2024; 8/16/24 |
| 1301 E. Lafayette Ave., Baltimore, MD 21213 | | 9/17/2024 |
| 1739 N. Dallas St., Baltimore, MD 21213 | 8/12/2024 | 8/9/2024 |
| 3168 Ravenwood Ave, Baltimore, MD 21213 | 9/9/2024 | 9/9/2024 |
| 3172 Ravenwood Ave, Baltimore, MD 21213 | | 9/9/2024 |
| 3334 Elmora Ave, Baltimore, MD 21213 | | 9/5/2024 |
| 3668 Kenyon Ave, Baltimore, MD 21213 | | 9/5/2024 |
| 2929 Baker St., Baltimore, MD 21216 | 8/12/2024 | 8/9/2024 |
| 3615 Everett St., Baltimore, MD 21226 | 9/6/2024 | 9/5/2024 |
| 3715 Pascal Ave, Baltimore, MD 21226 | 9/6/2024 | 9/5/2024 |
| 2414 Jefferson St., Baltimore, MD 21205 | | 8/28/2024 |
| 519 N. Curley St., Baltimore, MD 21205 | | 8/22/2024 |
| 606 North Bouldin St., Baltimore, MD 21205 | | 8/14/2024 |
| 610 N. Montford Ave, Baltimore, MD 21205 | 8/27/2024 | 8/27/2024 |
| 624 N. Streeper St., Baltimore, MD 21205 | 10/7/2024 | 10/2/2024 |
| 811 N. Streeper St., Baltimore, MD 21205 | | 9/17/2024 |
| 1900 N Dukeland St., Baltimore, MD, 21216 | | 7/18/2024 |

| | | |
|---|---|---|
| 1334 N. Mount St., Baltimore, MD, 21217 | | 7/18/2024 |
| 1102 Gorsuch Ave, Baltimore, MD 21218 | 9/24/2024 | 9/24/2024 |
| 407 Venable Ave, Baltimore, MD 21218 | 9/16/2024 | 9/13/2024 |
| 1613 Spruce St., Baltimore, MD, 21226 | | 8/14/2024 |
| 513 Collins Ave, Baltimore, MD 21229 | | 8/28/2024 |
| 1613 Popland St., Baltimore, MD, 21226 | | 8/14/2024 |
| 1616 Popland St., Baltimore, MD, 21226 | | 8/28/2024 |
| 1630 Plum St., Baltimore, MD, 21226 | 8/29/2024 | 8/28/2024 |
| 3619 Everett St., Baltimore, MD, 21226 | 9/10/2024 | 9/9/2024 |
| 200 N. Streeper St., Baltimore, MD, 21224 | 9/24/2024 | 9/24/2024 |
| 2337 E. Fayette St., Baltimore, MD 21224 | 9/10/2024 | 9/9/2024 |
| 246 N Rose St., Baltimore, MD 21224 | 9/30/2024 | 9/27/2024 |
| 2519 Orleans St., Baltimore, MD 21224 | 9/19/2024 | 9/18/2024 |
| 2606 Orleans St., Baltimore, MD 21224 | 9/10/2024 | 9/9/2024 |
| 2803 Jefferson St., Baltimore, MD 21205 | 9/6/24 (4); 3/5/25; 3/10/25 | 9/5/2024 |
| 2900 Orleans St., Baltimore, MD 21224 | 9/17/2024 | 9/17/2024 |
| 2907 Orleans St., Baltimore, MD 21224 | 9/11/2024 | 9/10/2024 |
| 2909 Orleans St., Baltimore, MD 21224 | 9/24/2024 | 9/24/2024 |
| 3406 Noble St., Baltimore, MD 21224 | 9/16/2024 | 9/13/2024 |
| 3636 Esther Place, Baltimore, MD 21224 | 8/20/2024 | 8/20/2024 |
| 416 N Glover St., Baltimore, MD 21224 | 8/15/2024 | 8/14/2024 |
| 426 N Rose St., Baltimore, MD 21224 | 8/29/2024 | 8/28/2024 |

| | | |
|---|---|---|
| 2226 Orleans St., Baltimore, MD 21231 | 9/24/2024 | 9/24/2024 |
| 3802 Fairhaven Ave, Baltimore, MD 21226 | 8/30/2024 | 8/29/2024 |
| 3806 Fairhaven Ave, Baltimore, MD 21226 | 8/20/2024 | 8/20/2024 |
| 4328 Fairhaven Ave, Baltimore, MD 21226 | 9/30/2024 | 9/27/2024 |
| 3804 Fairhaven Ave, Baltimore, MD 21226 | 8/30/2024 | 8/29/2024 |
| 3828 Fairhaven Ave, Baltimore, MD, 21226 | 8/30/2024 | 8/29/2024 |
| 1512 Holbrook St., Baltimore, MD, 21202 | 8/20/2024 | 8/20/2024 |
| 615 McCabe Ave, Baltimore, MD. 21212 | 8/20/2024 | 8/20/2024 |
| 1608 Olive St., Baltimore, MD 21230 | 8/20/2024 | 8/20/2024 |
| 2429 East Lanvale St., Baltimore MD 21213 | 5/22/24 (5); 7/2/24; 8/7/24(2); 8/26/24 | 5/22/2024 |